UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CR-72-1
No. 7:23-CR-72-2

FILED IN OPEN COURT
ON 7-11-2023
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC
/JHA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| OSRIC TYRONE DAISE ) | |
| ALICIA RODRIGUEZ BROOKS ) | |

The Grand Jury charges that:

## COUNT ONE

On or about July 29, 2021, in the Eastern District of North Carolina, the defendant, OSRIC TYRONE DAISE, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed a firearm, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT TWO

On or about July 29, 2021, in the Eastern District of North Carolina, the defendant, OSRIC TYRONE DAISE, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about July 29, 2021, in the Eastern District of North Carolina, the defendant, OSRIC TYRONE DAISE, did knowingly possess a firearm in furtherance

of a drug trafficking crime for which he may be prosecuted in a court of the United States, as charged in Count Two of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FOUR

Beginning on a date unknown up to including July 29, 2021, in the Eastern District of the North Carolina, the defendants, OSIRIC TYRONE DAISE and ALICIA RODRIGUEZ BROOKS aiding and abetting each other did knowingly and intentionally use and maintain a place located at 105 Shoreham Drive Jacksonville, North Carolina for the purpose of distributing and using, any controlled substance, in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

## ALLEGATIONS OF PRIOR CONVICTION

For purposes of Title 21, United States Code, Sections 841(b) and 851, the defendant, OSIRIC TYRONE DAISE, committed the violations alleged in Count Two after one prior conviction for a felony drug offense, as defined in Title 21, United States Code, Section 802(44), had become final.

For purposes of Title 18, United States Code, Sections 924(c)(1)(C), the defendant, OSIRIC TYRONE DAISE, committed the violation alleged in Count Three after one prior conviction for possession of a firearm in furtherance of a crime of violence.

[Remainder of Page Intentionally Left Blank]

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or that were intended to be used in any offense identified in 18 U.S.C. § 924(d)(3), or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

Personal Property:

a) Approximately $2194.00 in United States Currency seized on July 29, 2021, from OSIRIC TYRONE DAISE.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

07/11/2023
DATE

MICHAEL F. EASLEY, JR.
United States Attorney

BY: Ashley H. Foxx
Assistant United States Attorney