

U. S. Department of Justice

*Michael F. Easley, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

U.S. Attorney's Office
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601

Telephone (919) 856-4530
Criminal FAX (919) 856-4187
Civil FAX (919) 856-4821
www.usdoj.gov/usao/nce

## NOTICE OF RELATED CASES

DATE: July 11, 2023

TO: United States District Court
Eastern District of North Carolina
Raleigh, North Carolina 27601

FROM: Ashley Holloway Foxx
Assistant U.S. Attorney

SUBJECT: United States v. Osric Daise, et al.
Docket No. 7:23CR72

### *PENDING REVOCATION*

The above-named case is being submitted for criminal indictment. The criminal indictment charges the Defendant with possession of firearm by a felon and possession of a firearm in furtherance of a drug trafficking offense in violation of Title 18, United States Code Sections 922(g) and 924(c) and possession and distribution of various controlled substances in violation of Title 21, United States Code, Section 841(a)(l).

The defendant is currently before the court pursuant to a Motion for Revocation of Supervised Release following his prosecution in United States v. Osric Daise, docket number 7:10-cr-00152-D-1. The facts giving rise to the revocation motion also form the basis for the instant prosecution. Therefore, these are related cases within the meaning of EDNC Local Criminal Rule 50.1. Substantial duplication or would be required if these cases were heard by different judges.

Reviewed and approved by:

MICHAEL F. EASLEY, JR.
United States Attorney