# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.

ALICIA RODRIGUEZ BROOKS

RECEIVED
By USMS-E/NC at 11:41 am, Jul 12, 2023

**WARRANT FOR ARREST**

CRIMINAL CASE: 7:23-CR-72-2-BM

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**ALICIA RODRIGUEZ BROOKS** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment ____ Superseding Indictment ____ Criminal Information ____ Complaint

____ Order of Court: ____ Violation Notice ____ Probation Violation Petition charging him/her with:

Count 4 - 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2: Use and maintaining a place for the purpose of distributing and using any controlled substance; and aiding and abetting

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

JULY 11, 2023 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED 07/12/2023 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 07/19/2023 | K. Doyle, ATF | S. Bowyer, USMS |

**FILED**
JUL 19 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK