# UNITED STATES PROBATION OFFICE
# EASTERN DISTRICT OF NORTH CAROLINA



Jay F. Neely
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601
Phone: 919-861-8672
Fax: 919-334-5322

**DATE:** June 24, 2026

**FROM:** Melissa K. Lunsmann
Supervisory U.S. Probation Officer

**SUBJECT:** **BROOKS, Alicia Rodriguez**
**Case No.: 7:23-CR-72-2D**
**<u>Request for Early Termination</u>**

**TO:** James C. Dever III
United States District Judge

On April 15, 2024, Alicia Rodriguez Brooks was convicted of Maintaining a Drug-Involved Premises for the Purpose of Distributing and Using a Controlled Substance and Aiding and Abetting, in violation of 21 U.S.C. §§ 856, 856(b), and 18 U.S.C. § 2. Ms. Brooks appeared in United States District Court for the Eastern District of North Carolina and received 9 months imprisonment, followed by three years of supervised release. She began supervision on November 29, 2024.

Ms. Brooks has performed satisfactorily on supervision. She has submitted to DNA testing and with the exception of traffic offenses, she has not incurred any new criminal charges. Her case was evaluated as a low-risk supervision case and has been in our low-risk supervision program since June 27, 2025. All drug screens have been negative. Ms. Brooks is also gainfully employed and has satisfied all her monetary obligations. Her term of supervision is set to expire on November 28, 2027.

The probation office respectfully requests early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☐ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in _____ .
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____
James C. Dever III
United States District Judge

_____
Date

## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.

**Crim. No. 7:23-CR-72-2D**

**ALICIA RODRIGUEZ BROOKS**

On November 29, 2024, the above named began supervised release for a period of three years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: (910) 346-5105
Executed On: June 24, 2026

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____25_____ day of _____June_____, 2026.

James C. Dever III
U.S. District Judge